**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARNOLD CARBAJAL and CESAR CARBAJAL, individually and on behalf of all others similarly situated,

*Plaintiffs,*

-against-

CLEARWAY INDUSTRIES, LLC, CUTTING EDGE LAWN SERVICES & LANDSCAPING, LLC, and PERCY CARABALLO,

*Defendants.*

Case No. 7:24-cv-03519-CS

**~~[PROPOSED]~~ JUDGMENT**

**WHEREAS,** on July 23, 2026, Defendants CLEARWAY INDUSTRIES, LLC, CUTTING EDGE LAWN SERVICES & LANDSCAPING, LLC, and PERCY CARABALLO (collectively, "Defendants") served upon Plaintiff an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

**WHEREAS,** on July 29, 2026, Plaintiff ARNOLDO CARBAJAL and CESAR CARBAJAL served upon Defendants a Notice of Acceptance of the Rule 68 Offer of Judgment;

**WHEREAS,** the Rule 68 Offer of Judgment, the Notice of Acceptance, and proofs of service thereof have been filed with the Court pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the Plaintiff ARNOLDO CARBAJAL and CESAR CARBAJAL and against Defendants CLEARWAY INDUSTRIES, LLC, CUTTING EDGE LAWN SERVICES & LANDSCAPING, LLC, and PERCY CARABALLO, jointly and severally, with respect to the Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, in the total amount of Ten Thousand Dollars and Zero Cents $10,000.00 ($5000 each), inclusive of all damages, liquidated damages, statutory penalties, pre- and post-judgment interest, costs, expenses, and attorneys' fees; and it is

Dated: ~~New York~~ White Plains, New York
July 29, 2026

By: Cathy Seibel
Hon. Cathy Seibel, U.S.D.J.

FURTHER ORDERED that, it having been reported to the Court that the remaining claims have been settled, this action is discontinued – provided, however, that if the settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the undersigned's calendar, in which case the action will be restored.

The Clerk shall close the case.